**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ANTONIO HERNANDEZ PADILLA,** ) | |
|         Petitioner, ) | |
| vs. ) | No. 3:14-CV-2742-B  (BH) |
| ) | |
| **WILLIAM STEPHENS, Director,** ) | Referred to U.S. Magistrate Judge |
| **Texas Department of Criminal** ) | |
| **Justice, Correctional Institutions Division,** ) | |
|         Respondent. ) | |

## ORDER

Pursuant to *Special Order No. 3-251*, this habeas case was initially referred for findings, conclusions and recommendation. On September 19, 2014, it was recommended that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or comply with a court order because the petitioner had failed to comply with the order that he submit the required *in forma pauperis* (IFP) application and certificate of inmate trust account within thirty days. The petitioner has now filed a motion for leave to proceed IFP with certificate of inmate trust account. (*See* doc. 10.) The findings, conclusions, and recommendation for dismissal dated August 19, 2014 (doc. 9), are therefore **VACATED**.

**SO ORDERED** this 1st day of October, 2014.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE